IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | |
| )                                                   | |
| Plaintiff,               ) | CRIMINAL NO. 19-00091 JCH |
| )                                                   | |
| vs.                                              ) | |
| )                                                   | |
| **JUSTIN JOHN PACHECO, Jr.**,      ) | |
| )                                                   | |
| Defendant.            ) | |

## MOTION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM
## FOR CUSTODY OF DEFENDANT UNTIL COMPLETION OF FEDERAL CASE

    The United States of America respectfully moves that the Court order the Clerk of this Court to issue a Writ of Habeas Corpus ad Prosequendum directing the Sheriff or Warden of the Metropolitan Detention Center, Albuquerque, New Mexico, to surrender **JUSTIN JOHN PACHECO, Jr.** to the United States Marshals Service for the District of New Mexico or his authorized representative and that the United States Marshal or his authorized representative be directed to bring **JUSTIN JOHN PACHECO, Jr.** to the United States Courthouse for the District of New Mexico for the purpose of prosecution in the above-captioned case.

    **JUSTIN JOHN PACHECO, Jr.** will remain in the custody of the United States Marshal or his authorized representative until the federal prosecution is complete.

    Respectfully submitted,

    JOHN C. ANDERSON
    United States Attorney

    *Electronically filed on 7/12/19*

    NIKI TAPIA-BRITO
    Assistant United States Attorney
    P.O. Box 607
    Albuquerque, New Mexico  87103
    (505) 346-7274