IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUL 1 2 2019

MITCHELL R. ELFERS
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) CRIMINAL NO. 19-00091 JCH |
| JUSTIN JOHN PACHECO, Jr., | ) |
| Defendant. | ) |

### ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM
### FOR CUSTODY OF DEFENDANT UNTIL COMPLETION OF FEDERAL CASE

Upon the motion of the United States Attorney for a Writ of Habeas Corpus ad Prosequendum directed to the Sheriff or Warden of the Metropolitan Detention Center, Albuquerque, New Mexico, it is

ORDERED that the Clerk of this Court is hereby authorized to issue a Writ of Habeas Corpus ad Prosequendum directing the Sheriff or Warden of the Metropolitan Detention Center, Albuquerque, New Mexico, to surrender **JUSTIN JOHN PACHECO, Jr.**, ID # 100185701, XX/XX/1984, XXX-XX-3816, to the United States Marshal for the District of New Mexico or his representative in order that **JUSTIN JOHN PACHECO, Jr.** may be taken to the United States Courthouse for the District of New Mexico for prosecution in the above-captioned case before the Honorable John F. Robbenhaar, United States Magistrate Judge on Thursday, July 18, 2019 at 9:30 a.m.

**JUSTIN JOHN PACHECO, Jr.** is to remain in the custody of the United States Marshal or his authorized representative until the federal prosecution is complete, unless otherwise ordered.

_____
UNITED STATES MAGISTRATE JUDGE