IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) )  CRIMINAL NO. 19-00091 JCH |
| JUSTIN JOHN PACHECO, Jr., | ) ) ) |
| Defendant. | ) |

WRIT OF HABEAS CORPUS AD PROSEQUENDUM
FOR CUSTODY OF DEFENDANT UNTIL COMPLETION OF FEDERAL CASE

TO:   Sheriff or Warden of the Metropolitan Detention Center, Albuquerque, New Mexico, and to the United States Marshal or his authorized representative

GREETINGS:

You are hereby commanded to deliver **JUSTIN JOHN PACHECO, Jr.**, ID # 100185701, XX/XX/1984, XXX-XX-3816, a prisoner in your custody at the Metropolitan Detention Center, Albuquerque, New Mexico, to the United States Marshal for the District of New Mexico, or his representative.

The United States Marshals Service is commanded to produce **JUSTIN JOHN PACHECO, Jr.** for prosecution before the Honorable United States Magistrate Judge John Robbenhaar, Pete V. Domenici United States Courthouse, 333 Lomas Blvd. NW, Rio Grande courtroom, 3rd floor, on July 18, 2019, at 9:30a.m.

**JUSTIN JOHN PACHECO, Jr.** will remain in the custody of the United States Marshal or his authorized representative until the federal prosecution is complete, unless otherwise ordered.

WITNESS the Honorable Kirtan Khalsa, United States Magistrate Judge of the United States District Court for the District of New Mexico, at Albuquerque, New Mexico, this 12th day of July, 2019.

Mitchell R. Elfers, Clerk of Court

_____
UNITED STATES MAGISTRATE JUDGE