# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW MEXICO
## SENTENCING MINUTE SHEET
### BEFORE THE HONORABLE JUDITH C. HERRERA

| | | | |
|---|---|---|---|
| CR No: | 19-91 JCH | USA vs. | Pacheco, Jr |
| Date: | 10/22/20 | Defendant: | Justin John Pacheco, Jr |
| Time In/Out: | 3:01 – 3:33 | Total Time in Court: | 32 minutes |
| Clerk: | E. Romero | Court Reporter: | Paul Baca |
| AUSA: | Niki Tapia-Brito | Defendant's Counsel: | Wayne Baker |
| Sentencing in: | remote - via Zoom | Probation Officer: | Kelly Borland |
| Interpreter: | n/a | Interpreter Sworn? | ☐ Choose an item. |
| Convicted on: | Plea | As to: Superseding Indictment | Counts: |
| Guilty Plea: | | Plea Agreement: | |
| Date of Plea/Verdict: | 11/5/19 | PSR: Not Disputed  ☒ Courts adopts PSR Findings | Evidentiary Hrg: Not Needed |
| Exceptions to PSR: | | | |

## SENTENCE IMPOSED

**IMPRISONMENT (BOP):** 51 months

☒ 500-Hour Drug Program   ☐ BOP sex-offender treatment program   Other:

**SUPERVISED RELEASE:** 3 years   ☒ Mandatory/Standard Conditions

### SPECIAL CONDITIONS OF SUPERVISION

| | | | |
|---|---|---|---|
| ☒ | Participate in/successfully complete outpatient substance abuse treatment program & grant waiver of confidentiality | ☐ | Submit to substance abuse testing |
| ☒ | Submit to search of person/property | ☒ | Refrain from use/possession of alcohol/intoxicants |
| ☒ | Not knowingly purchase, possess, distribute, administer, use any psychoactive substances | ☐ | Must not possess, sell, offer for sale, etc. any drug paraphernalia |
| ☒ | Participate in/successfully complete mental health program & grant waiver of confidentiality | ☐ | Must take all mental health medications as prescribed |
| ☒ | Participate in community-based program for education and training in parenting | ☐ | Reside at a Residential Reentry Center for up to 180 days |
| ☐ | Community service: | ☒ | No contact with any known gang member without prior approval |
| ☐ | Participate in an educational or vocational service program | ☐ | No new credit charges, lines of credit, financial contracts, etc |
| ☐ | Provide financial information & authorize release of information | ☐ | Not engage in an occupation/business/profession/volunteer that would require/enable work in a fiduciary capacity |
| ☐ | Location monitoring for 24 months – GPS – curfew component | ☐ | |

### MONETARY PENALTIES / FORFEITURES

Fine: $ -0-   Restitution: $ -0-   SPA: $ 100.00   Due Immediately

Forfeit rights title & interest in:

### OTHER

☒ Waived Appeal Rights per Plea Agreement   ☒ Held in Custody

☒ Recommended place(s) of incarceration: FCI USP Tucson, Arizona; USP Victorville, California; USP Lompoc, California.

☐ Dismissed Counts:

### PROCEEDINGS

Court in session – parties state appearances; Court confirms defendant agrees to appear by Zoom; Parties have no pending objections; Court outlines records reviewed for sentencing; Mr. Baker addresses Court re: sentencing and requests a downward variance followed by inpatient treatment; Mr. Pacheco addresses Court; Ms. Tapia-Brito has nothing to add; Mr. Baker again addresses Court; Ms. Tapia-Brito responds; Court addresses defendant and imposes sentence.