IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                                          Criminal No. 19-CR-00091-JCH

**JUSTIN PACHECO JR.**,

        Defendant.

## ORDER TERMINATING SUPERVISED RELEASE

THIS MATTER having come before the Court on the United States Unopposed Motion to Terminate Supervised Release (Doc. 51), and the Court taking notice that both United States Probation and counsel for the Defendant do not oppose the motion, hereby finds that the United States' Motion is well-taken and early termination is warranted.

IT IS THEREFORE ORDERED that the United States' Unopposed Motion to Terminate Supervised Release is hereby GRANTED. The remainder of Defendant's term of supervised release is discharged and Defendant is released from any further obligations regarding this matter, effective immediately.

                                                              HONORABLE JUDITH C. HERRERA
                                                              Senior United States District Judge